IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROOFPOINT, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-737-CFC |
| | ) |
| ZAPFRAUD, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Proofpoint, Inc. voluntarily dismisses this action without prejudice.

|  |  |
|---|---|
| | /s/ Nathan R. Hoeschen |
| | Karen E. Keller (No. 4489) |
| OF COUNSEL: | David M. Fry (No. 5486) |
| Katherine Vidal | Nathan R. Hoeschen (No. 6232) |
| Michael R. Rueckheim | SHAW KELLER LLP |
| WINSTON & STRAWN LLP | I.M. Pei Building |
| 275 Middlefield Road, Suite 205 | 1105 North Market Street, 12th Floor |
| Menlo Park, CA 94025 | Wilmington, DE 19801 |
| (650) 858-6500 | (302) 298-0700 |
| | kkeller@shawkeller.com |
| William M. Logan | dfry@shawkeller.com |
| WINSTON & STRAWN LLP | nhoeschen@shawkeller.com |
| 1111 Louisiana Street, 25th Floor | *Attorneys for Proofpoint, Inc.* |
| Houston, TX 77002-5242 | |
| (713) 651-2766 | |

Dated: August 23, 2021